1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8

                    **IN THE UNITED STATES DISTRICT COURT**
9
                       **EASTERN DISTRICT OF CALIFORNIA**
10

11  **NICHOLAS NOTTOLI**               )        **Case No.  CIV-09-609 KJM**
                                       )
12                                     )
                                       )
13                                     )        **STIPULATION AND ORDER**
              **Plaintiff,**           )        **EXTENDING PLAINTIFF'S TIME TO**
14                                     )        **FILE MEMORANDUM IN SUPPORT**
    **v.**                             )        **OF SUMMARY JUDGMENT**
15                                     )
    **MICHAEL J. ASTRUE**              )
16  **Commissioner of Social Security**)
    **of the United States of America,**)
17                                     )
              **Defendant.**           )
18                                     )
    _____  )
19

20          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with

21  the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment

22  in this case is hereby extended from September 9, 2009, to November 11, 2009.   This is Plaintiff's first

23  extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through

24  November 2009.

25

26  / / / /

27  / / / /

28  / / / /

                                          1

1

2

3

4   Dated: September 9, 2009          */s/Bess M. Brewer*
                                      BESS M. BREWER
5                                     Attorney at Law

6                                     Attorney for Plaintiff

7

8   Dated: September 9, 2009          Lawrence G. Brown

9                                     Acting United States Attorney

10                                    */s/ Brenda Pullin*
                                      BRENDA PULLIN
11                                    Special Assistant U.S. Attorney
12                                    Social Security Administration

13                                    Attorney for Defendant

14

15                    **ORDER**

16   APPROVED AND SO ORDERED.

17   DATED:  October 2, 2009.

18

19

20   _____
     U.S. MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

2