BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS NOTTOLI </br></br> Plaintiff, </br></br> v. </br></br> MICHAEL J. ASTRUE **Commissioner of Social Security of the United States of America,** </br></br> Defendant. | Case No.  CIV-09-609 KJM </br></br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from November 11, 2009, to December 30, 2009.   This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: November 10, 2009          */s/Bess M. Brewer*
                                                             BESS M. BREWER
                                                             Attorney at Law

                                                             Attorney for Plaintiff


Dated: November 10, 2009          Lawrence G. Brown

                                                             Acting United States Attorney

                                                             */s/ Brenda Pullin*
                                                             BRENDA PULLIN
                                                             Special Assistant U.S. Attorney
                                                             Social Security Administration

                                                             Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED. No further extensions will granted except upon a showing of extraordinary cause.

DATED: November 16, 2009.

                                                        U.S. MAGISTRATE JUDGE