```
BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131
```

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHOLAS NOTTOLI** | Case No. CIV-09-609 KJM |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from December 30, 2009, to January 28, 2010.   This extension is required due to Plaintiff's counsel's impacted briefing schedule.

////

////

////

Dated: December 29, 2009       */s/Bess M. Brewer*
                               BESS M. BREWER
                               Attorney at Law

                               Attorney for Plaintiff


Dated: December 29, 2009       Lawrence G. Brown

                               United States Attorney

                               /s/ *Brenda Pullin*
                               BRENDA PULLIN
                               Special Assistant U.S. Attorney
                               Social Security Administration

                               Attorney for Defendant


                        **ORDER**

APPROVED AND SO ORDERED.

DATED:  January 4, 2010.


                               _____
                               U.S. MAGISTRATE JUDGE